# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1125
LT Case No. 2010-CF-029397-A

_____

ANDRE PATRICK EDWARDS,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

3.800 Appeal from the Circuit Court for Brevard County.
Kathryn Michele Speicher, Judge.

Andre Patrick Edwards, Crawfordville, pro se.

No Appearance for Appellee.

April 16, 2026

PER CURIAM.

   AFFIRMED.

MAKAR, WALLIS, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____